LOUIS HART, Appellant, v. ADELE HART, Respondent.— Order modified by reducing the amount which plaintiff is directed to pay to the defendant as counsel

fee to the sum of $250; and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.